BARNET RUBIN, Appellant, v. PRUDENTIAL INSURANCE COMPANY OF AMERICA, Respondent.— Order denying plaintiff's motion for an examination of the defendant before trial and the production of certain books and records in an action for rescission of an agreement of settlement of a dispute respecting obligations under an insurance policy affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Carswell, Johnston and Taylor, JJ., concur.

VINCENZA SCUDERI and MICHAEL SCUDERI, Respondents, v. SCHACNER REALTY CORPORATION, Appellant.— On the court's own motion, the decision of this court handed down on June 12, 1936 [ante, p. 746], is hereby amended to read as follows: Action by Vincenza Scuderi to recover damages for injuries sustained when she slipped and fell on a stairway in defendant's building, and by her husband to recover for medical expenses and loss of services. Order setting aside the verdicts in favor of the plaintiffs and granting a new trial reversed on the law, with costs, motion denied, and judgment directed to be entered on the verdicts, without costs. Upon the case submitted to the jury, the verdicts do not provide inadequate compensation for those injuries found to be due to the accident. The jury had before it the plaintiff-wife's testimony as well as the medical testimony. The case on appeal discloses no reference in the charge of the court to erroneous testimony. Hagarty, Johnston and Adel, JJ., concur; Lazansky, P. J., and Young, J., dissent and vote to affirm.

DAVID SLUTZKY, Respondent, v. THE VILLAGE OF PEEKSKILL, Appellant, and MAUDE MILLER, Defendant.—Action to recover for personal injuries sustained by plaintiff when she fell into a catch basin sewer, the manhole cover on which was maintained by defendant village in a loose condition. Judgment for plaintiff unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Carswell, Johnston and Taylor, JJ.

KATHRYN G. TREACY, Appellant, v. F. W. WOOLWORTH Co., Respondent.— Order denying plaintiff's motion for discovery and inspection, and denying in part her motion for the examination of defendant before trial modified so as to permit the examination as to so much of items I, II and III as relates to the type of combs described in item IV, and as so modified affirmed, without costs. The examination is to proceed on ten days' notice. No opinion. Lazansky, P. J., Young, Johnston, Adel and Taylor, JJ., concur.

ANNE J. WALLACE and WILLIAM H. WALLACE, JR., Appellants, v. ALFRED V. S. OLCOTT, as Receiver of HUDSON RIVER DAY LINE, Respondent.—Action in negligence by Anne J. Wallace, who, while a passenger on the Hudson River boat, the Robert Fulton, slipped on linoleum and fractured the patella of her right knee; and by her husband to recover for loss of services and the cost of medical attention. The wife received a verdict for $5,000; the husband, for $1,500. They appeal from an order setting aside the verdicts and granting a new trial on the ground that the verdicts are against the weight of the evidence. Order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Carswell, Johnston and Taylor, JJ.